IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSE MALPARTIDA**<br>**3055 Huntington Circle**<br>**Waldorf, MD 20620**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**600 Fifth St. NW**<br>**Washington, DC 20001**<br><br>    **Defendant.** | **Civil Action No.:** |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**

To the Judges of the United States District Court for the District of Columbia:

1. On or about April 18, 2022, Plaintiff filed a Complaint against Defendant Washington Metropolitan Area Transit Authority ("WMATA") in the Superior Court for the District of Columbia, in the case titled *Jose Malpartida v. WMATA*, Case Number 2022 CA 001678V.

2. Defendant WMATA was served with the Complaint and Summons on May 20, 2022.

3. The Summons, Information Sheet, Complaint, and Initial Order are attached as Exhibit A. These documents constitute the only process, pleadings, or orders received by WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to the WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01, Section 81 which provides:

The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a state court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. § 1446).

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court for the District of Columbia be removed to this Court.

Date: June 6, 2022

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel

By:  */s/ Donna L. Gaffney*
Donna L. Gaffney, #428725
Office of the General Counsel 7E
P.O. Box 44390
Washington, D.C. 20026-4390
(202) 962-2721
(202) 962-2550 (fax)
dlgaffney@wmata.com

### CERTIFICATE OF SERVICE

I certify that on June 6, 2022, a true and accurate copy of the foregoing was served on the undersigned via ECF:

Patrick J. Flores, Esq.
ROWE WEINSTEIN & SOHN, PLLC
909 Rose Avenue, Suite 640
North Bethesda, Maryland 20852

*/s/ Donna L. Gaffney*
Donna L. Gaffney, #428725